# EXHIBIT "2"

980000 ⊥7ᵈ



PLT 000087

