# EXHIBIT "3"

Media

**10:48 AM** — any

**10:49 AM** — Over time they will lose there charge

Thursday, July 18, 2019

**9:43 AM** — Good morning. Just wanted to let you know that I have followed up with my doctors office from my back injury last week. They said that you need to file an incident report with workers comp (that should be through the payroll company) in event that I need to see a specialist or get further testing (a

View all

 I'll look into it

Enter message



**Karen** 9:43 AM — View all

**K** I'll look into it 10:29 AM

Friday, July 19, 2019

12:57 PM — The doctor's office said I am going to need a claim number from workers comp to make sure they can see me on Monday.

Monday, July 22, 2019

9:11 AM — It's been over a week since I have had feeling in my shin and my foot due to my back injury on 7/12. I need a worker's comp claim to get an MRI to review the extent of the nerve damage.



PLT 000705