# EXHIBIT "4"

**Karen**
+17132999664

**9:43 AM** — View all

**K** I'll look into it
**10:29 AM**

*Friday, July 19, 2019*

**12:57 PM** — The doctor's office said I am going to need a claim number from workers comp to make sure they can see me on Monday.

*Monday, July 22, 2019*

**9:11 AM** — It's been over a week since I have had feeling in my shin and my foot due to my back injury on 7/12. I need a worker's comp claim to get an MRI to review the extent of the nerve damage.

PLT 000705