# EXHIBIT "5"



Karen
+17132999664

📄 View all >

9:43 AM

**K** I'll look into it

10:29 AM

Friday, July 19, 2019

The doctor's office said I am going to need a claim number from workers comp to make sure they can see me on Monday.

12:57 PM

Monday, July 22, 2019

It's been over a week since I have had feeling in my shin and my foot due to my back injury on 7/12. I need a worker's comp claim to get an MRI to review the extent of the nerve damage.

9:11 AM



+ Enter message

Media

9:11 AM

of the nerve damage.

 I am sorry to hear that you are not feeling well. We do not have Workman's Comp. We are not required to carry Workman's Comp under Florida law. You will have to be responsible for your own medical care.

10:03 AM

 he went back to work on the 26th or so? but he was gone from the boat several times for doc appts

7:28 PM

Thursday, November 7, 2019

 Ok

1:58 AM



Enter message