# EXHIBIT "6"

**Michael A Venazio MD**
**1627 US HIGHWAY 1**
**SEBASTIAN FL 32958-3462**
**772-388-2110**

7/24/2019

To whom it may concern,

This is a note to confirm that Duane Dozer was seen in my office today for a doctor's appointment. He is unable to return to work until further notice. He is havign an MRI to evaluate his back. He has a right foot drop that makes it very dangerous to do any job on a boat and will not be able to return until this is corrected.

If you have any questions in this regard, please do not hesitate to call me.

Sincerely,

*[signature]*

Amber Rule, ARNP