# EXHIBIT "8"

**Cleveland Clinic**
**Indian River Hospital**

## Progress Notes

Patient: Dozer, Duane
DOB:                              Sex: Male

Provider: Fabio Roberti, M.D.
Date: 07/31/2019

### Reason for Appointment
1. Referral Dr.Venazio/Herniated Disc

### History of Present Illness
----:
   51 years old gentleman with a 3 weeks history of right leg pain that started after he was working. Since then he has been experience some foot weakness on the right side with also numbness and tingling involving the lateral aspect of the leg on the right and dorsum of the foot. He denies any numbness tingling any fever or chills and reports some low back pain. Reports that the some of the pain as ameliorated on Medrol Dosepak but the foot weakness is still present.

### Current Medications
None

### Past Medical History
   Gall Bladder.

### Surgical History
Gall bladder removal

### Family History
No Family History documented.

### Social History
Fall Risk Assessment:
   Fall Risk Assessment  Fall Risk Screening date  07/31/2019.
Tobacco Use:
   Tobacco Use/Smoking  Are you a current smoker, How often do you smoke cigarettes?  every day, How many cigarettes a day do you smoke?  11-20.
Drugs/Alcohol:
   Alcohol Screen  Points  3, Interpretation  Negative.

PLT 000108

Patient: Dozer, Duane
DOB:

Provider: Fabio Roberti, M.D.
Date: 07/31/2019

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

file:///C:/Users/danielle.fitzgerald/AppData/Local/Temp/AttDocs9C74463114E3437797F...   12/18/2019

PLT 000108

### Allergies
Penicillin: anaphylaxis - Lack of Therapeutic Effect

### Hospitalization/Major Diagnostic Procedure
See above

### Review of Systems
A medical history form has been filled out by the patient and it has been reviewed by me at the beginning of our encounter.

### Vital Signs
Temp 97.2, HR 92, BP 144/83, Wt 223.8, RR 17, Oxygen sat % 99, Pain scale 0.

### Diagnostics/Other tests
Well-developed, well-nourished patient. Walks with a mildly antalgic gait. L spine ROM is decreased secondary to some stiffness and pain. There is some tenderness to palpation over the paraspinal muscles at the LS region B.

Lhermitte sign is negative, Lasegue sign is mildly positive 60 degree on the right side. Tinel signs are negative. Peripheral pulses are palpable B.

AAOX3, memory intact X3, there is no evidence of aphasia or apraxia, the face is symmetrical and moves symmetrically, the tongue protrudes in the midline, the uvula ascends midline. PERRL, EOMI w/o nystagmus or diplopia.

Motor examination reveals normal muscle bulk/strength and tone in all four extremities except for the EHL on the right side which is 1/5 and dorsiflexion on the right side which is also 1/5. Eversion of the foot is 2/5 and the inversion of the foot on the right is 2/5. Sensory examination reveals decreased sensation to light touch involving dorsum of the foot and lateral aspect of the leg on the right and Tinel signs are negative There is no Hoffman/Clonus or Babinski. DTR are +1 in the upper and lower extremities bilaterally.

There is no fasciculation. There is no dysmetria.

### Assessments
1. Other intervertebral disc displacement, lumbar region - M51.26 (Primary)

### Treatment
**1. Other intervertebral disc displacement, lumbar region**
Notes: I review an MRI of the lumbosacral spine which revealed finding consistent lumbar spondylosis with the L5-S1 degenerative disc disease and endplate Modic changes. At L4-5 there is a large right and inferiorly migrated disc herniation leading to severe lateral recess stenosis. I discussed differential diagnosis natural history of the condition and possible treatments with the patient. At this point in light of the severe foot weakness I recommended a surgical procedure of right L4-5 laminectomy foraminotomy diskectomy and discussed benefits risks alternative management and prognosis as well as timing of the surgery with the patient which are recommended to be as soon as possible. He should continue therapy with a Medrol Dosepak and avoid the use of any nonsteroidal inflammatory medication. He should use a ankle-foot orthosis on the right side. We also discussed alternative techniques and management and the fact that even a successful surgery may not completely resolve the deficit although the prognosis is better if a prompt decompression is performed. He understood and agree and would like to think about the option and will contact our office if he would like to proceed with the surgery.

### Follow Up
prn

Patient: Dozer, Duane
DOB:

Provider: Fabio Roberti, M.D.
Date: 07/31/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

PLT 000109

file:///C:/Users/danielle.fitzgerald/AppData/Local/Temp/AttDocs9C74463114E3437797F...   12/18/2019

PLT 000109

*[signature]*

Electronically signed by Fabio Roberti , MD on 08/01/2019 at 11:14 AM EDT
Sign off status: Completed

Patient: Dozer, Duane
DOB:

Provider: Fabio Roberti, M.D.
Date: 07/31/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*