# EXHIBIT "9"

Shaun Packman

Yachtinsure Ltd
4th Floor,
33, Creechurch Lane,
London EC3A 5EB
Direct Dial:    020 7469 1580
Switchboard: 020 7469 1200
Mobile:         07908 927 792
www.yachtinsure.uk.com

"**Yachtinsure Limited** is an Appointed Representative of International Risk Solutions Limited which is authorised and regulated by the Financial Conduct Authority .

WARNING - THIS E-MAIL TRANSMISSION IS CONFIDENTIAL.
This e-mail transmission (including any accompanying attachments) contains confidential information which is intended for the named addressee only. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this e-mail is prohibited. If you have received this e-mail in error please notify the sender immediately."

Begin forwarded message:

> **From:** Duane Dozer <duanedozer@hotmail.com>
> **Date:** 15 August 2019 at 01:06:13 BST
> **To:** "claims@yachtinsure.uk.com" <claims@yachtinsure.uk.com>, "info@yachtinsure.uk.com" <info@yachtinsure.uk.com>
> **Subject: Duane Dozer claim # ASP00513200**
>
> Finance Director, Claims Director, and whomever else this may concern,
>
> Good afternoon. I am writing on behalf of my husband, Duane Dozer, the boat captain for S/V Bad Habit owned by Coka Ventures, LLC.
> It is my understanding that coverage for his medical treatment was approved for his injury that took place on July 12th, 2019. It is also my understanding that Marlin Green is acting as counsel or the liaison for YachtInsure. The attached letter was sent to our hospital by Mr. Green representing YachtInsure to approve the surgery that is medically necessary for my husband so that we may proceed. However, this letter is not sufficient in that they do not deal with 3rd parties. They need all of the insurance information and a contact person for the insurance company OR cash paid up front. I am writing this letter to you THIRTY-THREE days since my husband's injury. The surgeon indicated that he needs(ed) this surgery ASAP to give him the best possible chance of recovering the use of his right foot.

PLT 000287

Since notifying Mr. Green that his letter was insufficient to schedule the necessary surgery, it is our understanding that he is out of the office for this week. Your company was notified of this situation on Aug 2nd. It is nearly two weeks later and we are still without medical treatment. Please, do what you can to expedite the arrangements to get him the treatment that he needs without any further delay. We fear that the more time that passes, my husband is losing any chance of recovering as he is the sole provider for our household which includes 2 small children.

Attached are documents that will help you understand our frustration because sufficient medical guarantees have not been issued.

Kind regards,
Karrie Dozer

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

PLT 000288

**From:** Shaun Packman <spackman@yachtinsure.uk.com>
**Sent:** Friday, August 16, 2019 8:46 AM
**To:** duanedozer@hotmail.com <duanedozer@hotmail.com>
**Cc:** Marcel Herrera <mherrera@yachtinsure.uk.com>; 'tony.walker@aspen-insurance.com' <tony.walker@aspen-insurance.com>; mgreen@brownsims.com <mgreen@brownsims.com>
**Subject:** Duane Dozer claim # ASP00513200

Hi Mrs Dozer,

We refer to your e-mail of 15th August, 2019 and have referred the matter to both your Insurance company, Aspen Syndicate 4711 at Lloyds and our local U.S. attorney Marlin Green from Brown Sims. The Insurance company have responded as follows:

"Underwriters acknowledge her email of August 15 to Yachtinsure and share her concern to positively resolve this matter as soon as possible.

In that regard, Marlin Green was instructed to liaise as a matter of urgency with both the treating hospital and also Mr Dozer's appointed attorney. We have spoken to Marlin and he confirms he advised the hospital last Friday that the proposed surgery was authorised and he has made 3 further attempts to contact the hospital to see what further they need with no response yet. He has also made a similar number of attempts to contact Mr Dozer's attorney to see how best this matter can be progressed, but again is still waiting for a response.

We find the comments regarding the hospital surprising as we understand they asked Marlin Green whether Underwriters would be appointing a TPA administrator to handle the claim. For the record Marlin is acting in that role.

Please feel free to pass on my comments verbatim to Mrs Dozer which I would be happy for her to pass on to the hospital. If the hospital wishes further clarifications they would be welcome to contact me direct but this matter would be dealt with most speedily if they dealt direct with Marlin Green as our appointed representative."

Tony Walker
Aspen Syndicate 4711


We trust the above clarifies the current situation and hope all goes well with communication with the hospital and your husband's treatment.
Best regards,

1

PLT 000286

Shaun Packman

Yachtinsure Ltd
4th Floor,
33, Creechurch Lane,
London EC3A 5EB
Direct Dial:     020 7469 1580
Switchboard: 020 7469 1200
Mobile:          07908 927 792
www.yachtinsure.uk.com

"**Yachtinsure Limited** is an Appointed Representative of International Risk Solutions Limited which is authorised and regulated by the Financial Conduct Authority .

_____
WARNING - THIS E-MAIL TRANSMISSION IS CONFIDENTIAL.
This e-mail transmission (including any accompanying attachments) contains confidential information which is intended for the named addressee only. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this e-mail is prohibited. If you have received this e-mail in error please notify the sender immediately."

Begin forwarded message:

>  **From:** Duane Dozer <duanedozer@hotmail.com>
>  **Date:** 15 August 2019 at 01:06:13 BST
>  **To:** "claims@yachtinsure.uk.com" <claims@yachtinsure.uk.com>, "info@yachtinsure.uk.com" <info@yachtinsure.uk.com>
>  **Subject: Duane Dozer claim # ASP00513200**
>
>  Finance Director, Claims Director, and whomever else this may concern,
>
>  Good afternoon. I am writing on behalf of my husband, Duane Dozer, the boat captain for S/V Bad Habit owned by Coka Ventures, LLC.
>  It is my understanding that coverage for his medical treatment was approved for his injury that took place on July 12th, 2019. It is also my understanding that Marlin Green is acting as counsel or the liaison for YachtInsure.  The attached letter was sent to our hospital by Mr. Green representing YachtInsure to approve the surgery that is medically necessary for my husband so that we may proceed. However, this letter is not sufficient in that they do not deal with 3rd parties. They need all of the insurance information and a contact person for the insurance company OR cash paid up front. I am writing this letter to you THIRTY-THREE days since my husband's injury. The surgeon indicated that he needs(ed) this surgery ASAP to give him the best possible chance of recovering the use of his right foot.

PLT 000287

2