# EXHIBIT "10"



**Brown Sims**

4000 Ponce De Leon Blvd
Suite 630
Coral Gables, Florida 33146
O 305.274.5507
F 305.274.5517

Marlin K. Green
Shareholder
mgreen@brownsims.com
D 305.760.7362

September 10, 2019

Cleveland Clinic
Attn: Rose Gustave
1000 36th Street
Vero Beach, FL 32960

via Federal Express

**Re:**      Claim # ASP00513200 Duane Dozer

**Our File No.:**   2787-196832

Dear Ms. Gustave:

Enclosed please find a check for thirty thousand, three hundred and forty dollars and twenty-one cents ($30,340.20). This check is for the hospital charge associated with Captain Duane Dozer's surgery.

Sincerely,

Brown Sims

Marlin K. Green

*Enclosure*

**BROWN SIMS, P.C.**
IOTA TRUST ACCOUNT
9130 S. Dadeland Blvd., Suite 1609
Miami, FL 33156

Sabadell United Bank, N.A.
MIAMI, FL
63-964/670

060611

September 10, 2019

PAY TO THE ORDER OF   Cleveland Clinic Indian River Hospital                       $30,340.20

Thirty Thousand Three Hundred Forty Dollars and 20/100-------------------------------------   DOLLARS

MEMO  Duane Dozer/Coka Ventures

⑈060611⑈ ⑆067009646⑆ ████84█████

---

**BROWN SIMS, P.C.**, Miami, FL 33156

September 10, 2019

060611

Cleveland Clinic Indian River Hospital
Re: Duane Dozer/Coka Ventures
Our File #002787-196832
Description: Hospital Fee

$30,340.20

DEF 000062