# EXHIBIT "11"

OneContent: Generated By IRMH-root_1\Sara Stanford

NAME: DOZER, DUANE                          ACCT: 10947884

INDIAN RIVER MEDICAL CENTER
1000-36TH Street
Vero Beach, Florida 32960
(772) 567-4311

```
PATIENT NAME:    DOZER, DUANE                   ROOM:    2D-001
DATE OF BIRTH:                                  ACCT:    10947884
MEDICAL RECORD #:  000202467                    PT TYPE:  O
DATE OF ADMISSION:  09/18/2019
DATE OF DISCHARGE:
ATTENDING:   FABIO ROBERTI, MD, FACS
DICTATING:   FABIO ROBERTI, MD, FACS
```

DATE OF OPERATION: 09/18/2019

SURGEON: FABIO ROBERTI, MD, FACS

ASSISTANT
Katie Arsenault, CST, CSFA.

ANESTHESIA
General endotracheal anesthesia.

ESTIMATED BLOOD LOSS
Less than 50 mL.

COMPLICATIONS
A small CSF leak repaired with fat and fibrin glue.

PREOPERATIVE DIAGNOSIS
Right L4-L5 herniated disk.

POSTOPERATIVE DIAGNOSIS
Right L4-L5 herniated disk.

SPECIMEN
To pathology.

PROCEDURE PERFORMED
Right minimally invasive L4-L5 hemilaminectomy with partial facetectomy, foraminotomy, and diskectomy.

INDICATION FOR SURGERY
The patient is a 51-year-old gentleman with history of right foot drop and radicular pain with symptoms not responsive to conservative management alone. Differential diagnosis, natural history of condition, possible treatment, benefits and risks, as well as timing of the surgery were carefully discussed with the patient. When he elected to have the surgery and when the surgery was approved, he consented for the above-mentioned surgery. Risks of death, temporary or permanent neurological deficits, CSF leak, infection, hematoma, postoperative instability, postoperative fibrosis, postoperative arachnoiditis, visceral injury, positional injury were discussed with the patient who agreed to go ahead with surgical operation.

DESCRIPTION OF PROCEDURE
After the induction of general anesthesia and intubation, the patient was

OneContent: Generated By IRMH-root_1\Sara Stanford

NAME: DOZER, DUANE                                   ACCT: 10947884

positioned prone on the OR table. All pressure points were carefully padded. The neck rested in a neutral position. A dose of antibiotic was given to the patient. A small paramedian incision centered at L4-L5 on the right side was planned out. Local anesthetic was injected at the level of subcutaneous tissue. The skin was opened. The fascia was opened. Using the tubular system, L4-L5 level was exposed and confirmed using intraoperative fluoroscopy. At this point, with the use of high-speed Midas Rex drill, a hemilaminectomy of L4 was performed. The superior portion of L5 was also removed. The tube was tilted contralaterally toward the midline to allow over-the-top central decompression and removal of some thick yellow ligament. The medial third of the facet was also drilled away to expose the lateral portion of the dura and a foraminotomy was performed with the use of Kerrison rongeur. At this point, the dura was gently mobilized medially and just underneath the traversing nerve root compressing the root ventrally at the axilla, we found a few fairly large pieces of herniated disk and it was unclear if they were contained or not under the ligament. A diskectomy at L4-L5 was then performed opening the ligament at this level and with the use of angled curettes, the disk fragment was retrieved and also with pituitary forceps, this disk fragment compressing the dura and the nerve root especially toward the foramina and the lateral recess was carefully removed. Some specimen was sent to pathology for final analysis. Adequate hemostasis was obtained. The foraminotomy was completed. Using Woodson instrument, the lateral recess was then palpated and the area again visualized under loupe magnification to make sure no other fragments were present. The dura was well decompressed centrally and laterally and the nerve root appeared well decompressed as well. Adequate hemostasis was obtained. The area was profusely irrigated. At the end of the procedure, we noticed a small area of dural rent toward L5 over the midline with a minimal amount of CSF leak. Therefore, after coagulation was obtained, a small piece of fat was harvested and placed over the durotomy and this was covered with a small film of fibrin glue with no visual recurrent leak. The tube was removed. The muscle and fascia were closed. The subcutaneous tissues were closed. The skin was closed using subcuticular closure. Steri-Strips were applied over the wound which was covered with sterile dressing. At the end of the procedure, all counts were correct.

---

Fabio Roberti, MD, FACS

MODL            ID: 854679224           D: 09/18/2019 14:13:59
13088748        J: 527993               T: 09/18/2019 14:46:52

CC:
FABIO ROBERTI, MD, FACS, Attending Physician

***This is considered the preliminary copy of report unless immediately below is an electronically signed and dated authentication statement of the dictating physician.***

OPERATIVE REPORT

Electronically Authenticated by:
Fabio Roberti, M.D. on 09/22/2019 11:06 AM EDT