# EXHIBIT "12"

Patient: Dozer, Duane
DOB: ███████  Sex: Male

Provider: Fabio Roberti, M.D.
Date: 09/25/2019

## Reason for Appointment
1. Post Op

## History of Present Illness
----:
Returning for a scheduled followup status post L4-5 minimally invasive diskectomy laminectomy foraminotomy in light of the history of foot weakness. He recovered well from the procedure in particular denies any significant low back pain the surgical incisions healed well. He denies any headache nausea vomit and still has some numbness involving lateral aspect of the leg and foot on the right side.

## Vital Signs
HR 83, BP 157/89, Wt 230.2, RR 17, Oxygen sat % 98, Pain scale 3.

## Diagnostics/Other tests
At neurological examination is able to walk with a steppage gait on the right side is lumbosacral spine range of motion is still slightly decreased mood flexion extension secondary some discomfort stiffness. Lasegue sign is negative. There is still weakness involving the EHL and dorsiflexion on the right side as well as a eversion and inversion of the foot on the right with no significant changes if compared to the preoperative period.

## Assessments
1. Other intervertebral disc displacement, lumbar region - M51.26 (Primary)

## Treatment
### 1. Other intervertebral disc displacement, lumbar region
Notes: I discussed differential diagnosis natural history of the condition and possible treatments with the patient. At this point he should continue avoiding any lifting or strenuous exercise and could benefit from starting a physical therapy treatment for foot exercises. He should use a ankle-foot orthosis when walking and we discussed prognosis in details. He understood and agree and will follow up with us in 6-8 weeks.
Referral To:PHYSICAL THERAPY LONGEVITY   Physical Therapist
   Reason:Please evaluate and treat for foot exercises.

## Follow Up
6 Weeks

*[signature]*

Patient: Dozer, Duane
DOB: ███████

Provider: Fabio Roberti, M.D.
Date: 09/25/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Electronically signed by Fabio Roberti , MD on 09/26/2019 at 12:49 PM EDT
Sign off status: Completed

Patient: Dozer, Duane                                    Provider: Fabio Roberti, M.D.
DOB                                                                        Date: 09/25/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*