# EXHIBIT "13"

**Reason for Appointment**
1. Pain

**Assessments**
1. Displacement of lumbar intervertebral disc without myelopathy - M51.26 (Primary)
2. Other intervertebral disc displacement, lumbar region - M51.26

**Treatment**
**1. Displacement of lumbar intervertebral disc without myelopathy**
Referral To:Marcus Malone   Physical Medicine and Rehabilitation
Reason:pain management eval and treat

Patient: Dozer, Duane          Provider: Roberti, Fabio   12/13/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# Cleveland Clinic
## Indian River Hospital

## Progress Notes

Patient: Dozer, Duane                                   Provider: Fabio Roberti, M.D.
DOB:                        Sex: Male                   Date: 10/16/2019

Patient: Dozer, Duane                                   Provider: Fabio Roberti, M.D.
DOB:                                                    Date: 10/16/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

file:///C:/Users/danielle.fitzgerald/AppData/Local/Temp/AttDocs9C74463114E3437797F...   12/18/2019

### Reason for Appointment
1. S/p discectomy

### History of Present Illness
----:
Returning for a scheduled followup after surgical procedure right L4-5 diskectomy to treat a scenario of sciatic with foot drop. He is currently on Neurontin and denies any recurrent shooting pain although he still has numbness and tingling involving the lateral aspect of the leg and dorsum of the foot on the right side. The surgical incisions healed well.

### Current Medications
None

### Past Medical History
Gall Bladder.

### Surgical History
Gall bladder removal

### Family History
No Family History documented.

### Social History
Fall Risk Assessment:
   Fall Risk Assessment  Fall Risk Screening date  10/16/2019.
Tobacco Use:
   Tobacco Use/Smoking  Are you a  current smoker, How often do you smoke cigarettes?  every day, How many cigarettes a day do you smoke?  11-20.
Drugs/Alcohol:
   Alcohol Screen  Points  3, Interpretation  Negative.

### Allergies
Penicillin: anaphylaxis - Lack of Therapeutic Effect

### Hospitalization/Major Diagnostic Procedure
See above

### Diagnostics/Other tests
At neurological examination there is still severe weakness involving dorsiflexion EHL inversion eversion of the foot on the right side with some decreased sensation to light touch involving the dorsum of the foot on the right side with the EHL and dorsiflexion still at 1/5. Tinel signs are negative and Lasegue sign is negative. His lumbosacral spine range of motion is slightly decreased mood flexion extension secondary to some mild stiffness but no significant pain. He is able to walk with a steppage gait.

### Assessments
1. Other intervertebral disc displacement, lumbar region - M51.26 (Primary)

### Treatment

1. **Other intervertebral disc displacement, lumbar region**
   Procedure: EMG/NCS Bilateral Lower Extremities
      Abbott,Meranda 10/17/2019 12:33:21 PM > @ CC IRMC 11/05/19 @8:30

Patient: ███████ ███ane                                          Provider: Fabio Roberti, M.D.
DOB ███                                                           Date: 10/16/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

file:///C:/Users/danielle.fitzgerald/AppData/Local/Temp/AttDocs9C74463114E3437797F...   12/18/2019

PLT 000103
PLT 000103

Notes: I discussed differential diagnosis natural history of the condition and possible treatments with the patient. We discussed prognosis in detail and at this time he should wear a ankle-foot orthosis during his daily activity and continue the physical therapy treatment as recommended. We will go ahead and obtain EMG nerve conduction study to rule out a consistent peroneal neuropathy. Should also continue therapy with gabapentin. He understood and agree and will follow up with us after completion of above-mentioned examination and 2 or 3 weeks.

**Follow Up**
3 Weeks

Electronically signed by Fabio Roberti , MD on 10/19/2019 at 09:56 AM EDT
Sign off status: Completed

Patient: Dozer, Duane
DOB:

Provider: Fabio Roberti, M.D.
Date: 10/16/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



Cleveland Clinic
Indian River Hospital

PLT 000104

Patient: Dozer, Duane
DOB:

Provider: Fabio Roberti, M.D.
Date: 09/25/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

file:///C:/Users/danielle.fitzgerald/AppData/Local/Temp/AttDocs9C74463114E3437797F...   12/18/2019

PLT 000104