# EXHIBIT "A"

**Brown Sims**

4000 Ponce De Leon Blvd
Suite 630
Coral Gables, Florida 33146
O 305.274.5507
F 305.274.5517

Marlin K. Green
Shareholder
mgreen@brownsims.com
D 305-760-7335

August 9, 2019

Dr. Fabio Roberti
3450 11th Court
Suite 301
Vero Beach, FL 32960

Via Email heather.phillips@irmc.cc
*Office Manager for Dr. Fabio Roberti*

Re: The S/V Bad Habit – Captain Duane Dozer
Claim No.: ASP00513200

Dear Dr. Roberti:

We represent YachtInsure as the Insurer for the vessel S/V Bad Habits. Based upon the information provided to YachtInsure by Captain Duane Dozer and his Counsel related to the alleged injuries suffered by Mr. Dozer on July 12, 2019 on board M/Y Bad Habits, YachtInsure has agreed to provide coverage for the reasonable medical expenses for the right L4-5 laminectomy foraminotomy discectomy as described and explained in the Progress Notes authored by Dr. Fabio Roberti. Once the procedure is completed, please provide the medical records and the medical bills associated with the procedure to the Undersigned Counsel. If there are any additional procedures recommended by Dr. Roberti prior to the date that the right L4-5 laminectomy foraminotomy discectomy is performed which are related to the July 12, 2019 incident, please provide the medical records which contain the additional recommended procedures at your earliest opportunity so that YachtInsure can review the same for the purpose assessing Mr. Dozer's condition and the relatedness to the July 12, 2019 incident.

If you have any questions or require any additional information regarding this matter, please feel free to contact the Undersigned.

Sincerely,

Marlin K. Green



**Indian River Memorial Hospital**
1000 36th Street
Vero Beach, FL 32960
(772) 226-4100

## ESTIMATED PATIENT FINANCIAL OBLIGATION SUMMARY

### MICROSURGERY ADD-ON - 69990

| | | |
|---|---|---|
| Patient Name: | Patient Type: Outpatient | Service Date: 08/15/2019 |
| Physician: | Account Number: | Visit ID: 75891 |
| Primary Insurance: SELF PAY | Policy Number: | Group Number: |

The information provided in this worksheet is a best estimate based on the information we currently have and is not a guarantee of what you will be charged. Please understand that in many cases it is impossible to predict the final charges that will result, as there are variables involved in your actual services such as: the length of time spent in surgery or recovery, specific equipment, supplies and medications required, additional tests required by your physician, and/or any unusual special care or unexpected conditions or complications. This estimate does not include any physician charges (e.g. office visit, surgeon, anesthesiologist, emergency room physician, radiologist, pathologist, consulting physicians, etc.). If you have insurance, your benefits will ultimately determine the amount you owe (including deductibles, co-pay, co-insurance, and out-of-pocket maximums).

| Estimated Charges | Facility |
|---|---|
| Charges | $32,361.45 |
| Self Pay Allowable | $16,180.72 |
| **Patient Est. Amount** | **$16,180.72** |
| Additional Prompt Pay Discount | $0.00 |

Notes -

For additional questions regarding this estimate please contact (772) 226-4100.

Prepared By: kh2014 on 8/16/2019 11:05 AM



Indian River Memorial Hospital
1000 36th Street
Vero Beach, FL 32960
(772) 226-4100

## ESTIMATED PATIENT FINANCIAL OBLIGATION SUMMARY

### LOW BACK DISK SURGERY - 63030

| | | |
|---|---|---|
| Patient Name: | .Patient Type: Outpatient | Service Date: 08/15/2019 |
| Physician: | Account Number: | Visit ID: 75891 |
| Primary Insurance: SELF PAY | Policy Number: | Group Number: |

The information provided in this worksheet is a best estimate based on the information we currently have and is not a guarantee of what you will be charged. Please understand that in many cases it is impossible to predict the final charges that will result, as there are variables involved in your actual services such as: the length of time spent in surgery or recovery, specific equipment, supplies and medications required, additional tests required by your physician, and/or any unusual special care or unexpected conditions or complications. This estimate does not include any physician charges (e.g. office visit, surgeon, anesthesiologist, emergency room physician, radiologist, pathologist, consulting physicians, etc.). If you have insurance, your benefits will ultimately determine the amount you owe (including deductibles, co-pay, co-insurance, and out-of-pocket maximums).

| Estimated Charges | Facility |
|---|---|
| Charges | $28,318.97 |
| Self Pay Allowable | $14,159.48 |
| **Patient Est. Amount** | $14,159.48 |
| Additional Prompt Pay Discount | $0.00 |

Notes -

For additional questions regarding this estimate please contact (772) 226-4100.

Prepared By: kh2014 on 8/16/2019 11:04 AM