# EXHIBIT B



**Brown Sims**

4000 Ponce De Leon Blvd
Suite 630
Coral Gables, Florida 33146
O 305.274.5507
F 305.274.5517

Marlin K. Green
Shareholder
cstene@brownsims.com
D 305.760.7362

August 19, 2019

Jacob Lopez  via e-mail
Rose Gustave
1000 36th Street
Vero Beach, FL 32960
Jacob.lopez@irmc.cc
Rose.gustave@irmc.cc

**Re:**  Claim # ASP00513200 Duane Dozer

**Our File No.:** 2787-196832

Dear Ms. Gustave and Mr. Lopez:

As you know, we represent YachtInsure as the Insurer of the vessel of the M/V Bad Habits on which Captain Duane Dozer allegedly suffered injuries requiring surgical intervention. Attached hereto, please find the Agreement Statement requested by Cleveland Clinic Indian River Hospital.

Sincerely,

Brown Sims

Marlin K. Green

*Enclosure*

## AGREEMENT STATEMENT

YachtInsure has accepted the financial responsibility for the reasonable medical expenses incurred by Duane Dozer as a result of the alleged injuries he suffered while on board the yacht named Bad Habits. To that end, we have reviewed the Estimated Patient Financial Obligation Summaries for the Microsurgery Add-On 69990 and the Low Back Disk Surgery 63030 which total $30,340.20. YachtInsure agrees to pay the amount charged and will be making prepayment for the amount of $30,340.20. This agreement does not encompass unspecified physician charges as outlined in the Estimated Patient Financial Obligation Summaries.

Sincerely,

_____
Marlin K. Green / Brown Sims


_____
Jacob Lopez / Cleveland Clinic