# EXHIBIT A



4000 Ponce De Leon Blvd
Suite 630
Coral Gables, Florida 33146
O 305.274.5507
F 305.274.5517

Marlin K. Green
Shareholder
mgreen@brownsims.com
D 305-760-7335

August 9, 2019

Dr. Fabio Roberti
3450 11th Court
Suite 301
Vero Beach, FL 32960

Via Email heather.phillips@irmc.cc
*Office Manager for Dr. Fabio Roberti*

Re:     The S/V Bad Habit – Captain Duane Dozer
        Claim No.: ASP00513200

Dear Dr. Roberti:

We represent YachtInsure as the Insurer for the vessel S/V Bad Habits. Based upon the information provided to YachtInsure by Captain Duane Dozer and his Counsel related to the alleged injuries suffered by Mr. Dozer on July 12, 2019 on board M/Y Bad Habits, YachtInsure has agreed to provide coverage for the reasonable medical expenses for the right L4-5 laminectomy foraminotomy discectomy as described and explained in the Progress Notes authored by Dr. Fabio Roberti. Once the procedure is completed, please provide the medical records and the medical bills associated with the procedure to the Undersigned Counsel. If there are any additional procedures recommended by Dr. Roberti prior to the date that the right L4-5 laminectomy foraminotomy discectomy is performed which are related to the July 12, 2019 incident, please provide the medical records which contain the additional recommended procedures at your earliest opportunity so that YachtInsure can review the same for the purpose assessing Mr. Dozer's condition and the relatedness to the July 12, 2019 incident.

If you have any questions or require any additional information regarding this matter, please feel free to contact the Undersigned.

Sincerely,

Marlin K. Green