EXHIBIT C

| From: | Jacob Lopez |
|---|---|
| To: | Marlin K. Green; Rose Gustave; Carley M. Stene |
| Cc: | Yusimy I. Salazar |
| Subject: | RE: EXTERNAL: RE: Claim # ASP00513200 Duane Dozer |
| Date: | Monday, August 19, 2019 8:59:16 AM |

**CAUTION:** This email is from an external sender.

Mr. Green,

Payment to the hospital is due prior to the time of service.

Thanks

---

**From:** Marlin K. Green [mailto:mgreen@brownsims.com]
**Sent:** Monday, August 19, 2019 7:13 AM
**To:** Rose Gustave; Carley M. Stene
**Cc:** Jacob Lopez; Yusimy I. Salazar
**Subject:** EXTERNAL: RE: Claim # ASP00513200 Duane Dozer

ATTENTION: This email was sent from someone outside of Cleveland Clinic Indian River Hospital. Always use caution when opening attachments or clicking links from unknown senders or when receiving unexpected emails.

Good morning Ms. Gustave and Mr. Lopez,

Thank you both for taking the time to speak with me on Friday afternoon.  By way of follow-up, we will be providing you all with the agreement statement later today so that you all have that for your review and execution.  With regard to payment, what is the expected turnaround time for payment to the hospital following the surgical procedures?  We just want to make sure we are meeting the hospital's expectations so that everything is handled in as smooth a manner as possible.

I look forward to hearing back from you all.

Best regards,



**Marlin K. Green,** Shareholder
mgreen@brownsims.com

4000 Ponce De Leon Boulevard
Suite 630
Coral Gables, Florida 33146
O 305.274.5507 F 305.274.5517
www.brownsims.com

---

**From:** Rose Gustave <rose.gustave@irmc.cc>
**Sent:** Friday, August 16, 2019 4:14 PM

**To:** Marlin K. Green <mgreen@brownsims.com>; Carley M. Stene <cstene@brownsims.com>
**Cc:** Jacob Lopez <jacob.lopez@irmc.cc>
**Subject:** Claim # ASP00513200 Duane Dozer

**CAUTION:** This email is from an external sender.

Good afternoon,

We have receive the attached (page 1) letter from Dr. Roberti office . I have attached on page 2 and  3 of attachment the estimated Patient Financial Obligation of Hospital cost for the procedure mentioned  in the letter.  If you agree with this estimated amount please send an agreement statement to be signed by my Director.

Please feel free to contact me with any questions or concerns.

Thanks



*Rose Gustave*  **Patient Access FASU Team Lead C.H.A.A.**
1000 36th Street Vero Beach, FL 32960
Tel: 772-567-4311 Ext. 2450 Fax: 772-563-4479

*CONFIDENTIALITY NOTE: The information contained in this transmission is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.*

| | |
|---|---|
| **From:** | Heather Phillips |
| **To:** | Carley M. Stene |
| **Cc:** | Yusimy I. Salazar; Marlin K. Green |
| **Subject:** | Re: EXTERNAL: Duane Dozer - S/V Bad Habit |
| **Date:** | Tuesday, September 10, 2019 6:18:35 PM |

**CAUTION:** This email is from an external sender.

Carley,
Thanks so much for sending. We will work on scheduling Mr. Dozer for surgery and will contact him tomorrow.

Sent from my iPhone

On Sep 10, 2019, at 5:32 PM, Carley M. Stene <cstene@brownsims.com> wrote:

> ATTENTION: This email was sent from someone outside of Cleveland Clinic Indian River Hospital. Always use caution when opening attachments or clicking links from unknown senders or when receiving unexpected emails.
>
> Dear Ms. Phillips,
>
> Please see attached.  This should allow you to commence with setting Captain Dozer's appointment.  I've included the tracking number for the check on the attached correspondence.
>
> Warm Regards,
>
> **Carley Stene,** Paralegal
> cstene@brownsims.com
> <image001.jpg>  4000 Ponce de Leon Blvd., Suite 630
> Coral Gables, Florida 33146
> O 305.274.5507 F 305.274.5517
> www.brownsims.com
>
>
> <COKA - LTR - To Cleveland Clinic with check for $1,408.90 - 9.10.19.pdf>

**CONFIDENTIALITY NOTE: The information contained in this transmission is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.**

| | |
|---|---|
| **From:** | Heather Phillips |
| **To:** | Yusimy I. Salazar |
| **Cc:** | Marlin K. Green; Carley M. Stene |
| **Subject:** | RE: EXTERNAL: Duane Dozer - S/V Bad Habit |
| **Date:** | Thursday, September 12, 2019 12:42:14 PM |

**CAUTION:** This email is from an external sender.

Mr. Dozer is scheduled for surgery on Monday 9/16.  Check was received.  Thank you



**Heather M. Phillips** | Practice Manager | Orthopedic Surgery | Rheumatology
Interventional Neurology & Stroke Clinic l Neurosurgery & Spine Surgery
3450 11th Court Suite 301 | Vero Beach, FL 32960
Tel: 772.567.4311 Ext. 2930 | Cell: 772.203.8297 | Fax: 772.563.4646

---

**From:** Yusimy I. Salazar [mailto:ysalazar@brownsims.com]
**Sent:** Thursday, September 12, 2019 12:21 PM
**To:** Heather Phillips
**Cc:** Marlin K. Green; Carley M. Stene; Yusimy I. Salazar
**Subject:** RE: EXTERNAL: Duane Dozer - S/V Bad Habit
**Importance:** High

Hello Heather,   Do you have the date of surgery yet?

Thank you,



Brown-Sims

**Yusi Salazar,** Legal Assistant
ysalazar@brownsims.com

4000 Ponce de Leon Blvd., Suite 630
Miami, Florida 33146
O 305.274.5507 F 305.274.5517
www.brownsims.com

---

**From:** Yusimy I. Salazar <ysalazar@brownsims.com>
**Sent:** Wednesday, September 11, 2019 9:29 AM
**To:** Heather Phillips <heather.phillips@irmc.cc>
**Cc:** Marlin K. Green <mgreen@brownsims.com>; Carley M. Stene <cstene@brownsims.com>; Yusimy I.
Salazar <ysalazar@brownsims.com>
**Subject:** RE: EXTERNAL: Duane Dozer - S/V Bad Habit

Thank you heather,  I have contacted Lexi over at Anesthesia of Indian River and they

confirmed the amount for the anesthesiologist fee.  They requested the date of service in order to apply the payment properly.  Please let me know the date of surgery as soon as you have it available.

Thank you again for your cooperation in this matter.

I look forward to hearing from you.

Brown-Sims



**Yusi Salazar,** Legal Assistant
ysalazar@brownsims.com

4000 Ponce de Leon Blvd., Suite 630
Miami, Florida 33146
O 305.274.5507 F 305.274.5517
www.brownsims.com

---

**From:** Heather Phillips <heather.phillips@irmc.cc>
**Sent:** Tuesday, September 10, 2019 6:19 PM
**To:** Carley M. Stene <cstene@brownsims.com>
**Cc:** Yusimy I. Salazar <ysalazar@brownsims.com>; Marlin K. Green <mgreen@brownsims.com>
**Subject:** Re: EXTERNAL: Duane Dozer - S/V Bad Habit

**CAUTION:** This email is from an external sender.

Carley,
Thanks so much for sending. We will work on scheduling Mr. Dozer for surgery and will contact him tomorrow.


Sent from my iPhone

On Sep 10, 2019, at 5:32 PM, Carley M. Stene <cstene@brownsims.com> wrote:

ATTENTION: This email was sent from someone outside of Cleveland Clinic Indian River Hospital. Always use caution when opening attachments or clicking links from unknown senders or when receiving unexpected emails.

Dear Ms. Phillips,

Please see attached.  This should allow you to commence with setting Captain Dozer's appointment.  I've included the tracking number for the check on the attached correspondence.

Warm Regards,

**Carley Stene,** Paralegal
cstene@brownsims.com

4000 Ponce de Leon Blvd., Suite 630

Coral Gables, Florida 33146
O 305.274.5507 F 305.274.5517
www.brownsims.com

<COKA - LTR - To Cleveland Clinic with check for $1,408.90 - 9.10.19.pdf>

**CONFIDENTIALITY NOTE: The information contained in this transmission is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.**